AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Express, Label Number EJ586972049US, addressed to<br>Shelly harrston, 3211 .w. 8ᵗʰ St #4, Cincinnati Ohio 45205 with a<br>return address of Klovek CAndles, 2455 .E. VeRnon Ave, VeRnon.<br>CA. 90058. | )<br>)<br>)<br>)<br>)<br>)<br><br>Case No. **1:22-MJ-00038** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Priority Mail Express, Label Number EJ586972049US, addressed to Shelly harrston, 3211 .w. 8ᵗʰ St #4, Cincinnati Ohio 45205 with a return address of Klovek CAndles, 2455 .E. VeRnon Ave, VeRnon. CA. 90058.

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized):*
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841 | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector Andrew W. Kremer

- ☒ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Andrew W. Kremer, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Jan 14, 2022**

_____
*Judge's signature*

City and state:  Cincinnati, Ohio

Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Andrew W. Kremer, having been duly sworn, depose and state:

1.  I am a United States Postal Inspector, having been so employed since May 19, 2012. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the United States Postal Inspection Service (USPIS) with investigative responsibility for southwest Ohio and northern Kentucky. Part of my investigative responsibility involves the use of the United States Mail in the illegal transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2.  I completed United States Postal Inspection Service Basic Training in August 2012. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the United States Mail. In addition to this formal training, I have worked since August 2012 with various federal, state and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification.

3.  This Affidavit is made in support of a search warrant for the following property, namely the package associated with the following United States Postal Service ("USPS") Priority Mail Express, Label Number:

    a.  **EJ586972049US** (the "**Subject Package**")

    This Affidavit is made in support of a warrant to search the **Subject Package** for evidence of a crime as well as contraband, fruits of a crime or other items illegally possessed in relation to the following offense:

    a.  Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 841.

    Because this Affidavit is submitted in support of the application of the United States to search the **Subject Package**, it does not include every fact known concerning this investigation. I have set forth facts and circumstances that I have relied upon to establish probable cause to justify the issuance of a warrant to search the **Subject Package**. The **Subject Package** is currently being held at the USPIS Cincinnati Field Office.

4.  Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express and/or Priority Mail, services offered by the USPS, to transport narcotics and other dangerous controlled substances. As a result of investigations and successful controlled substance prosecutions where Priority Mail Express and/or Priority Mail were used, I have learned of certain characteristics associated with other Priority Mail Express and/or Priority Mail items previously identified as containing narcotics or other dangerous controlled substances. Some of these characteristics include (but are not necessarily limited to or used on every occasion): false or non-existent return address, addressee is not known to receive mail at

the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

5.      Through training and experience, your Affiant realizes that drug traffickers frequently engage in drug transactions through the mail, store narcotics, their proceeds, or packaging materials, etc., in the presence of one another. Therefore, the odor of a controlled substance is often present on the package, packaging materials, or contents of the package, including financial proceeds from narcotics trafficking such as cash, money orders, or other financial instruments.

6.      On or about December 17, 2021, I executed a federal search warrant on Priority Mail 9505 5125 9017 1348 3753 16, addressed to Shaunte Williams, 3211 W. 8th St Apt.#4, Cincinnati, Oh. 45205 with a return address of Blick Art Supplies, 979 Market st., San Francisco, Ca 94103. The package was found to contain approximately 1,938 grams of a green leafy substance suspected to be marijuana.

7.      On or about January 10, 2022, I was contacted by a USPIS contract employee in Los Angeles, California about a Priority Mail Express package addressed to 3211 W. 8th St #4, Cincinnati, OH 45205 (the **Subject Package)**. I requested the contract employee send the package to the USPIS Office, Cincinnati, Ohio for further investigation.

8.      On or about January 14, 2022, I received the **Subject Package** at the USPIS Office Cincinnati, Ohio.

The **Subject Package** is further described as:

         **Priority Mail Express, Label Number:** EJ586972049US
         Weighing approximately 5 pounds 2 ounces in a brown USPS Ready Post Mailing Carton. Postage paid was $114.75.

         **Sender:**      Klovek Candles
                      2455 .E. VeRnon Ave
                      VeRnon. CA. 90058

         **Addressee:**    Shelly harrston
                      3211 .W. 8th St #4
                      Cincinnati Ohio 45205

9.      I observed the **Subject Package** and reviewed USPS tracking information, which indicated the **Subject Package** was mailed in Huntington Park, California 90255.

10.      I searched the CLEAR database for the listed return address of the **Subject Package**. CLEAR is an investigative platform available exclusively to law enforcement and other government investigators that contains public-record data about people and businesses.

The information obtained from the system indicated that there is no Klovek Candles associated with that address. However, there is a Klover Candles associated with that address.

11. I searched the CLEAR database for the listed addressee of the **Subject Package**. The information obtained from the system indicated that there is no Shelly Harrston associated with that address.

12. On or about January 14, 2022, I arranged for Sergeant Tony Lange, Hamilton County Sheriff's Office to utilize a narcotics canine to check the **Subject Package**. Sergeant Lange and his canine "Kylo" are a currently certified narcotics team. The team is certified by the Ohio Peace Officer Training Commission and the Ohio Office of the Attorney General. Sergeant Lange reports that "Kylo" passed all of his examinations and has successfully located hidden drugs in the past; I therefore consider "Kylo" to be reliable. I met Sergeant Lange at the USPIS Cincinnati Field Office, where the **Subject Package** was placed in a separate room among several other similar packages and presented to "Kylo", who alerted positively to the presence or odor of a controlled substance upon the **Subject Package**. Attached to this Affidavit, and incorporated by reference, is a photocopy of the narcotic canine handler's record of examination.

13. Based upon my experience and training, this information, along with the positive alert of narcotic canine "Kylo," is indicative of the **Subject Package** containing narcotics or proceeds relating thereof.

14. Based upon the information contained in this Affidavit, I believe that there is probable cause to believe that the **Subject Package** will contain evidence and/or contraband, fruits of crime, or other items illegally possessed. Therefore, a search warrant to open the **Subject Package** is requested.

Further, your Affiant sayeth naught.

Andrew W. Kremer
U.S. Postal Inspector

Subscribed and sworn to and before me this _____14th_____ day of January, 2022.
**via electronic means, specifically Facetime video.**

Stephanie K. Bowman
United States Magistrate Judge

3

United States Postal Inspection Service
Pittsburgh Division

### OFFICER AFFIDAVIT

I, SGT LANGE, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 1996. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "KYLO", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

**Marijuana, Cocaine, Heroin, Methamphetamines, and their derivatives**

ON 1/14/2022, AT THE REQUEST OF POSTAL INSPECTOR A. KREMER I RESPONDED TO THE US POSTAL INSPECTION SERVICE CINCINNATI FIELD OFFICE WHERE "KYLO" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

USPS Priority Mail Express, Label Number EJ 586972049 US, addressed to Shelly harrston, 3211. W. 8th St #4, Cincinnati Ohio 45205 with a return address of Klovek Candles, 2455. E. Vernon Ave, VeRnon. CA. 90058.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "KYLO", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

1-14-22

(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009